Coby Halavais, Esq., Bar # 237107
Email.: *coby@halavaislaw.com*
**HALAVAIS & ASSOCIATES, APC**
1 Orchard Rd., Suite 110
Lake Forest, California    92630-8315
Tel.:    (949) 305-8903
Fax.:    (949) 305-8406

Attorneys For Defendants
Secured Income Group, Inc., Realty Masters & Associates, Core Equity Properties, Arbor One Escrow, The Bay Lake, Max Edward McDermott, Michelle Jenny Lin, and C&H Trust Deed Service

**FILED & ENTERED**

MAR 12 2020

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:19-bk-13308-WJ |
| SYLVIA ANN ALVARADO, | CHAPTER 7 |
| Debtor. | Adv. Case No. 6:19-ap-01070-WJ |
| SYLVIA ANN ALVARADO, , | **DISMISSAL ORDER** |
| Plaintiff, | |
| v. | |
| SECURED INCOME GROUP, INC. et al., | |
| Defendants. | |

  The Court has reviewed the "Stipulation For Dismissal of Adversary Action" filed on March 11, 2020 at docket number 20. Good cause appearing, the Court hereby ORDERS as follows:

  1. This adversary proceeding is hereby dismissed with prejudice.

Date: March 12, 2020

_____
Wayne Johnson
United States Bankruptcy Judge